AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**
21 U.S.C. § 841(a)(1) -- Distribution of crack cocaine (three counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Please see attachment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 14 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**
DARRELL ROBINSON

DISTRICT COURT NUMBER
CR 10 0906 JSW

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Melinda Haag
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Drew Caputo

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction       ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed
DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT:**
**DARRELL ROBINSON**

**Counts 1 and 2:** 21 U.S.C. § 841(a)(1), (b)(1)(B) – Distribution of 5 grams or more of crack cocaine

Minimum 5 years' imprisonment and maximum 40 years' imprisonment; maximum $2 million fine; minimum 4 years supervised release; $100 special assessment

*If United States files information alleging prior conviction for felony drug offense:* Minimum 10 years' imprisonment and maximum lifetime imprisonment; maximum $4 million fine; minimum 8 years' supervised release; maximum lifetime supervised release; $100 special assessment.

**Count 3:** 21 U.S.C. § 841(a)(1), (b)(1)(C) – Distribution of crack cocaine

Maximum 20 years' imprisonment; maximum $1 million fine; minimum 3 years' supervised release; maximum lifetime supervised release; $100 special assessment.

*If United States files information alleging prior conviction for felony drug offense:* Maximum 30 years' imprisonment; maximum $2 million fine; minimum 6 years' supervised release; maximum lifetime supervised release; $100 special assessment.

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

FILED
2010 DEC 14 A 10:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.



CR 10 0906

DARRELL ROBINSON,
a.k.a. Dale Robinson
a.k.a. Dell Robinson

JSW

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. § 841(a)(1) - Distribution of Crack Cocaine (Three Counts)

---

A true bill.

_____
Foreman

Filed in open court this __14th__ day of
__December 2010__.

_____
Clerk

Bail, $ NO BAIL ARREST WARRANT

1  MELINDA HAAG (CABN 132612)
   United States Attorney



FILED
2010 DEC 14  A 10:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JSW**

CR 10 0906

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) VIOLATIONS: Title 21, United States Code, Section 841(a)(1) – Distribution of Crack Cocaine (Three Counts) |
| v. | ) |
| DARRELL ROBINSON, | ) SAN FRANCISCO VENUE |
| a.k.a. Dale Robinson, a.k.a. Dell Robinson, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 841(a)(1), (b)(1)(B)) (Distribution of 5 Grams or More of Crack Cocaine)

    1.    On or about January 15, 2010, in the Northern District of California, the defendant

DARRELL ROBINSON

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: 5 grams or

more of crack cocaine, a mixture and substance which contained cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

COUNT TWO: (21 U.S.C. § 841(a)(1), (b)(1)(B)) (Distribution of 5 Grams or More of Crack Cocaine)

    2.    On or about July 22, 2010, in the Northern District of California, the defendant

DARRELL ROBINSON

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: 5 grams or more of crack cocaine, a mixture and substance which contained cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

COUNT THREE: (21 U.S.C. § 841(a)(1), (b)(1)(C)) (Distribution of Crack Cocaine)

    1.    On or about August 20, 2010, in the Northern District of California, the defendant

DARRELL ROBINSON

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: crack cocaine, a mixture and substance which contained cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

DATED: December 14th 2010

A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

WILLIAM FRENTZEN
Acting Chief, Organized Crime Strike Force

(Approved as to form: _Andrew Caputo_ )
AUSA Caputo